UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BILL NORKUNAS, INDIVIDUALLY,

    Plaintiff,

v.

OMNI AMELIA ISLAND, LLC, A
FOREIGN LIMITED LIABILITY
COMPANY, AND AMELIA ISLAND
MANAGEMENT, LLC, A FOREIGN
LIMITED LIABILITY COMPANY,

    Defendant.

CASE NO.: 3:11-cv-00531-J-34MCR

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants AMELIA ISLAND MANAGEMENT, LLC and OMNI AMELIA ISLAND, LLC and Plaintiff BILL NORKUNAS, through themselves and/or undersigned counsel, stipulate under Rule 41(a)(1)(ii) to the dismissal with prejudice of this action due to a settlement. This Stipulation is signed by all parties who have appeared in this action. Each party will be responsible for their own attorneys' fees and costs, except as otherwise agreed to as part of the settlement of this action.

DATED this 30th day of December 2011.

/s/ [signature]
Thomas B. Bacon
Thomas B. Bacon, P.A.
4868 S.W. 103rd Avenue
Cooper City, FL 33328

Respectfully submitted.

/s/ Ron Chapman, Jr.
Ron Chapman, Jr.
*Admitted Pro Hac Vice*
Texas Bar No. 00793489
**Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.**
8117 Preston Road, Suite 700
Dallas, Texas 75225
Tel: 214.987.3800
Fax: 214.987.3927
Email: ron.chapman@ogletreedeakins.com

Kevin D. Zwetsch, Esq.
Florida Bar No. 0962260
Heather N. Jarrell, Esq.
Florida Bar No. 016109
**Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.**
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Tel: 813.289.1247
Fax: 813.289.6530
Email: kevin.Zwetsch@ogletreedeakins.com
Email: heather.jarrell@ogletreedeakins.com

*ATTORNEYS FOR DEFENDANTS AMELIA ISLAND MANAGEMENT, LLC and OMNI AMELIA ISLAND, LLC*

11331946.1 (OGLETREE)